IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF WATKINS CONSTRUCTION CO., INC., a Washington corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SCHNEIDER ELECTRIC USA, Inc., a Delaware corporation, and WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>    Defendants. | No. CV-13-198-LRS<br><br>ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

  Based on the stipulation of the parties (ECF No. 19), it is hereby ORDERED that all claims and counterclaims between United States for the use and benefit of Watkins Construction Co., Inc., Schneider Electric USA, Inc., and Western Surety Company are dismissed with prejudice and without costs to any party.

  The District Court Clerk is directed to enter this Order, provide copies to counsel, and CLOSE THE FILE.

  DATED this 25th day of July, 2014.

              *s/Lonny R. Suko*

              **LONNY R. SUKO**
              **Senior U. S. District Senior Judge**

ORDER OF DISMISSAL . . . - 1